UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEO EXPERTS CA, INC., | No.  2:17-0318 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL ENGSTROM, et al., | |
| Defendants. | |

Plaintiff has filed an application for expedited discovery.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Opposition, if any, to the application for expedited discovery shall be filed no later than February 24, 2017.

2. Reply, if any, shall be filed no later than February 27, 2017.

3. The matter shall thereafter stand submitted.

Dated:  February 21, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 peo0318.expdisc.brf

1