1  Alden J. Parker, State Bar No. 196808
   Email: aparker@fisherphillips.com
2  Alexa R. Greenbaum, State Bar No. 293736
   Email: agreenbaum@fisherphillips.com
3  Christopher S. Alvarez, State Bar No. 294795
   Email: calvarez@fisherphillips.com
4  Katherine P. Sandberg, State Bar No. 301117
   Email: ksandberg@fisherphillips.com
5  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 1400
6  Sacramento, CA 95814
   Telephone (916) 210-0400
7  Facsimile (916) 210-0401

8  Attorneys for Plaintiff
   PEO Experts CA, Inc., dba
9  Bixby Zane Insurance Services

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| 14 | PEO EXPERTS CA, INC., dba BIXBY ZANE INSURANCE SERVICES, a California corporation, | Case No. 2:17-CV-00318-KJM-CKD |
|---|---|---|
| 15 | | **STIPULATION AND ORDER REGARDING EXPEDITED DISCOVERY** |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | | Complaint Filed: February 14, 2017 |
| | | Trial Date: None Set |
| 19 | MICHAEL CRAIG ENGSTROM, an individual; CHRISTOPHER IGNAZIO LONGO, an individual; RYAN WAKEFIELD, an individual; JENNIFER ENGSTROM, an individual; MICHAEL ENGSTROM, INC., a California corporation; B&C LOC, INC., a California corporation; PEO ADVISORS OF CA, INC., a California corporation; and FREEDOM RISK INSURANCE SERVICES, a business entity form unknown, | |
| 20-26 | Defendants. | |

This stipulation is entered into by and between to Plaintiff PEO Experts CA, Inc., dba Bixby Zane Insurance Services ("BZ" or "Plaintiff") and Defendants Ryan Wakefield ("Wakefield"), Michael Engstrom ("Engstrom"), Christopher Longo ("Longo"), Jennifer Engstrom ("Jennifer"), Michael Engstrom, Inc., B&C Loc, Inc., PEO Advisors of CA, Inc., and Freedom Risk Insurance Services (collectively, "Defendants"), through their respective counsel of record, as follows:

WHEREAS, on February 24, 2017, the Honorable Judge Kimberly J. Mueller ordered Parties to meet and confer regarding expedited discovery in the instant matter.

WHEREAS, as a result of such meet and confer process, the Parties stipulated to the matters and dates as described herein.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, to the following:

Each and every Defendant must make available for mirroring all electronic devices that currently hold or have held in the past Plaintiff's claimed confidential Trade Secret Information. The subject mirroring process is to commence on March 6, 2017 and is to be completed within a 12 hour period, excluding logistical interference. Defendants' respective personal cellular devices will not be subject to the mirroring process provided Defendants confirm that such personal cellular devices contain no separate or different information than that contained on all other respective electronic device subject to mirroring. Parties agree to execute a Stipulated Protective Order as to the confidentiality of the information, the details of which parties are in the process of meeting and conferring. Parties agree to further meet and confer to mutually agree on the consultant to image the information, with the cost of the consultant to be borne by Plaintiff.

Plaintiff is permitted to serve the Requests for Production of Documents, a

total of fifteen (15) Requests, attached to its Motion for Expedited Discovery, with verified responses due from Defendants by March 7, 2017.

Defendants Engstrom, Longo, Jennifer, B&C Loc, Inc., and PEO Advisors of CA, Inc. are permitted to serve the same number of Requests for Production of Documents as Plaintiff, or fifteen (15) Requests, due from Plaintiff 12 days after electronic service to counsel.

Defendants Wakefield and Freedom Risk Insurance Services are permitted to serve the same number of Requests for Production of Documents as Plaintiff, or fifteen (15) Requests, due from Plaintiff 12 days after electronic service to counsel.

Plaintiff is permitted to take four (4) hours each of the depositions of Defendants Engstrom, Longo, Jennifer, and Wakefield.

Defendants are permitted to collectively take four (4) hours each of the deposition of Jason Crawford, Brad Worley, and William Lee.

Counsel for the respective parties have determined their availability for the above depositions on the following dates: March 16, 2017, March 17, 2017, March 20, 2017, March 23, 2017, and April 5, 2017. Given the time constraints, required travel, and each deponent's availability, Parties are continuing to meet and confer on the exact date and time for each respective deposition on these dates.

Parties agree that the depositions of Engstrom, Longo, Jennifer, Wakefield, Crawford, Worley, and Lee will take place in Sacramento, California, unless travel arrangements necessitate otherwise, in which case, Parties will further meet and confer.

Parties agree to the expedited deposition of Javier De Haro. However, Plaintiff does not represent De Haro and he will need to be subpoenaed. Therefore, Plaintiff cannot state that he will be available during the expedited discovery period and do not agree to delay the period for his deposition.

Lastly, Parties jointly request that the Court continue the Preliminary Injunction Hearing date from April 14, 2017 to a date during the week of April 24, 2017 in accordance with Court's availability, in order to allow Parties sufficient time in filing opposition and reply papers after completion of the expedited discovery.

DATE: February 27, 2017        FISHER & PHILLIPS LLP

By: */s/ Alden J. Parker*
    Alden J. Parker
    Alexa R. Greenbaum
    Christopher S. Alvarez
    Katherine P. Sandberg

    Attorneys for Plaintiff
    PEO Experts CA, Inc., dba
    Bixby Zane Insurance Services

DATE: February 27, 2017        SMITH, MCDOWELL & POWELL,
                               A LAW CORPORATION

By: */s/ C. Jason Smith*
    C. Jason Smith
    Matthew M. Breining

    Attorneys for Defendants
    Ryan Wakefield and Freedom Risk
    Insurance Services

DATE: February 27, 2017        STONE & GRAVES, LLP

By: */s/ Jeff Stone*
    Eric Graves
    Jeff Stone

    Attorneys for Defendants
    Michael Craig Engstrom, Christopher
    Ignazio Longo, Jennifer Engstrom,
    Michael Engstrom, Inc., B&C LOC, Inc.,
    and PEO Advisors of CA, Inc.

The court notes the parties continue to meet and confer to identify specific dates for depositions; the court expects the parties to identify dates that allow for completion of the discovery here allowed in time for proper briefing of the plaintiff's motion for a preliminary injunction.

The parties shall file their proposed discovery protective order by the close of business on Friday, March 3, 2017.

The preliminary injunction hearing previously set for April 14, 2017 at 10:00 a.m. is continued to April 27, 2017 at 10:00 a.m.

IT IS SO ORDERED.

DATED: February 28, 2017

_____
UNITED STATES DISTRICT JUDGE