UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEO EXPERTS CA, INC., dba BIXBY ZANE INSURANCE SERVICES, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CRAIG ENGSTROM, et. al,<br><br>Defendants. | No. 2:17-cv-00318-KJM-CKD<br><br>FIRST AMENDMENT<br>TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 102) to amend dates in the pretrial scheduling order (ECF No. 83). Good cause appearing, the court GRANTS this request, as follows, but vacates the final three dates to be reset as needed after ruling on potential dispositive motions:

| Description | Existing Date | New Date |
|---|---|---|
| Deadline to complete all non-expert discovery | August 1, 2018 | November 1, 2018 |
| Deadline to disclose expert witnesses | October 9, 2018 | January 9, 2019 |
| Deadline to complete all expert discovery | November 9, 2018 | February 8, 2019 |
| Deadline to hear dispositive motions | December 21, 2018 | March 21, 2019 at 10:00 a.m. |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 83).

IT IS SO ORDERED.

DATED: June 7, 2018.

_____
UNITED STATES DISTRICT JUDGE

1