UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEO EXPERTS CA, INC., et al., | No. 2:17-cv-00318-KJM-CKD |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL CRAIG ENGSTROM, et al, | |
| Defendants. | |
| _____ | |
| AND ALL CROSS-RELATED ACTIONS | |

The parties jointly request to amend dates in the pretrial scheduling order. ECF No. 107. Good cause appearing, the court GRANTS this request, as follows:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Deadline to complete all non-expert discovery | November 1, 2018 | February 1, 2019 |
| Deadline to disclose expert witnesses | January 9, 2019 | April 9, 2019 |
| Deadline to complete all expert discovery | February 8, 2019 | May 8, 2019 |
| Deadline to hear dispositive motions | March 21, 2019 at 10:00 a.m. | July 26, 2019 |

///

1

This amendment does not alter any other portions of the scheduling order.

IT IS SO ORDERED.

DATED: August 21, 2018.

_____
UNITED STATES DISTRICT JUDGE