UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEO EXPERTS CA, INC., et al., | No. 2:17-cv-00318-KJM-CKD |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL CRAIG ENGSTROM, et al., | |
| Defendants. | |
| AND ALL CROSS-RELATED ACTIONS | |

The parties jointly request to further amend dates in the pretrial scheduling order. ECF No. 113. Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Deadline to complete all non-expert discovery | February 1, 2019 | May 13, 2019 |
| Deadline to disclose expert witnesses | April 9, 2019 | July 18, 2019 |
| Deadline to complete all expert discovery | May 8, 2019 | August 16, 2019 |
| Deadline to hear dispositive motions | July 26, 2019 | November 1, 2019 |

This amendment does not alter any other portions of the scheduling order.

IT IS SO ORDERED.

DATED: December 4, 2018.

_____
UNITED STATES DISTRICT JUDGE