Port J. Parker, SBN 179256
port@parlawgroup.com
Myles G. Taylor, SBN 298687
myles@parlawgroup.com
PARKER LAW GROUP ATTORNEYS, APC
555 Capitol Mall, Suite 1230
Sacramento, CA 95814
Telephone: (916) 996-0400
Facsimile: (916) 668-5760

Eric Graves, SBN 179253
egraves@stonegraves.com
STONE & GRAVES, LLP
11335 Gold Express Drive, Suite 145
Gold River, CA 95670
Telephone: (916) 231-0321
Facsimile: (916) 231-0335

Attorneys for Defendants MICHAEL ENGSTROM, CHRIS LONGO, JENNIFER ENGSTROM, MICHAEL ENGSTROM, INC.; B&C LOC, INC., PEO ADVISORS OF CA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEO EXPERTS CA, INC., dba BIXBY ZANE INSURANCE SERVICES, a California corporation,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MICHAEL CRAIG ENGSTROM, an individual; et al.<br><br>　　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:17-cv-00318-KJM-CKD<br><br>**FIRST AMENDMENT TO STIPULATION AND ORDER FOR NON-DISCLOSURE OF DISCOVERY** |

/ / /

/ / /

/ / /

On November 19, 2018, all Parties, through their counsel, executed the STIPULATED PROTECTIVE ORDER REGARDING NON-DISCLOSURE OF DISCOVERY, which was subsequently entered as an order of this Court on November 26, 2018 (the "Stipulation and Order"). The Parties seek to modify the Stipulation and Order to include the following additional terms, numbered sequentially:

**14. Third-Parties**

Any records or information produced by a third-party in relation to this case may be designated as Protected Material under the Stipulation and Order by any Party. Such designation shall be made within thirty (30) days of the date of the exchange of records or information from the third-party to the requesting party. The designation shall be made in writing and shall specifically identify by Bates page or other reasonable identifying feature, such as document title and date. The designation shall be further governed under the Stipulation and Order in the same manner as any other Protected Material. Any designated material that is not otherwise challenged under the Stipulation and Order shall have each copy affixed with the term "CONFIDENTIAL" pursuant to the terms of the Stipulation and Order.

The Parties hereby agree to the above modification of the Stipulation and Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: March 15, 2019                    FISHER & PHILLIPS, LLP

/s/ Alden J. Parker_____
ALDEN J. PARKER
Attorneys for Plaintiff and Cross-Defendants
PEO Experts CA, Inc., dba Bixby Zane Insurance Services; Bixby Zane, Inc.; Jason Crawford; Brad Worley; Workforce Business Services, Inc., Workforce Business Services CA, LLC; and Robert Kelly

| | |
|---|---|
| Date: March 15, 2019 | STONE & GRAVES, LLP |
| | /s/ Eric Graves_____<br>ERIC GRAVES<br>Attorneys for Defendants and Cross-Complainants<br>Michael C. Engstrom, Christopher I. Longo,<br>Jennifer Engstrom, Michael Engstrom, Inc., B&C<br>LOC, Inc., and PEO Advisors of CA, Inc. |
| Date: March 15, 2019 | PARKER LAW GROUP |
| | /s/ Myles G. Taylor_____<br>MYLES G. TAYLOR<br>Attorneys for Defendants and Cross-Complainants<br>Michael C. Engstrom, Christopher I. Longo,<br>Jennifer Engstrom, Michael Engstrom, Inc., B&C<br>LOC, Inc., and PEO Advisors of CA, Inc. |
| Date: March 15, 2019 | SMITH, MCDOWELL & POWELL, A Law Corp |
| | /s/ C. Jason Smith_____<br>C. JASON SMITH<br>Attorneys for Defendants and Cross-Complainants<br>Ryan Wakefield and Freedom Risk Insurance Services |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 15, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

**FIRST AMENDMENT TO STIPULATION AND ORDER FOR NON-DISCLOSURE OF DISCOVERY**

3