| | |
|---|---|
| Alden J. Parker, State Bar No. 196808<br>Email: aparker@fisherphillips.com<br>William R.H. Mosher, State Bar No. 228253<br>Email: wmosher@fisherphillips.com<br>Natalie B. Fujikawa, State Bar No. 258724<br>Email: nfujikawa@fisherphillips.com<br>FISHER & PHILLIPS LLP<br>621 Capitol Mall, Suite 1400<br>Sacramento, CA 95814<br>Telephone: (916) 210-0400<br>Facsimile: (916) 210-0401 | |

Attorneys for Plaintiff and Cross-Defendants
PEO Experts CA, Inc., dba Bixby Zane Insurance Services; Bixby Zane, Inc.; Jason Crawford; Brad Worley; Workforce Business Services, Inc., Workforce Business Services CA, LLC; and Robert Kelly

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEO EXPERTS CA, INC., dba BIXBY ZANE INSURANCE SERVICES, a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL CRAIG ENGSTROM, an individual; CHRISTOPHER IGNAZIO LONGO, an individual; RYAN WAKEFIELD, an individual; JENNIFER ENGSTROM, an individual; MICHAEL ENGSTROM, INC., a California corporation; B&C LOC, INC., a California corporation; PEO ADVISORS OF CA, INC., a California corporation; and FREEDOM RISK INSURANCE SERVICES, a business entity form unknown,<br><br>        Defendants.<br><br>AND ALL CROSS-RELATED ACTIONS. | Case No. 2:17-CV-00318-KJM-CKD<br><br>**FOURTH JOINT STIPULATION AND ORDER REGARDING CONTINUATION OF DISCOVERY AND CASE DEADLINES**<br><br><br><br><br><br><br><br><br><br>Complaint Filed: February 14, 2017<br>Trial Date: None Set |

1     IT IS HEREBY STIPULATED AND AGREED, between Plaintiff/Cross-Defendants PEO Experts CA, Inc., dba Bixby Zane Insurance Services; Bixby Zane, Inc.; Jason Crawford; Brad Worley; Workforce Business Services, Inc.; Workforce Business Services, CA, LLC; and Robert Kelly (collectively "Plaintiff/Cross-Defendants"), Defendants/Cross-Complainants Michael Craig Engstrom; Christopher Ignazio Longo; Ryan Wakefield; Jennifer Engstrom; Michael Engstrom, Inc.; B&C LOC, Inc.; PEO Advisors of CA, Inc.; and Freedom Risk Insurance Services (collectively "Defendants/Cross-Complainants"), through their respective counsel of record, as follows:

    WHEREAS, on January 22, 2018, the Court entered an Initial Scheduling Order, which states that all discovery shall be completed by August 1, 2018 (ECF No. 83);

    WHEREAS, on June 7, 2018, the Court entered a First Amendment to the Scheduling Order pursuant to the joint stipulation of the Parties (ECF No. 103);

    WHEREAS, on August 22, 2018, the Court entered a Second Amendment to the Scheduling Order pursuant to the joint stipulation of the Parties, following extenuating circumstances that included, but were not limited to, an unexpected medical leave of absence needed by one of Plaintiff/Cross-Defendants' counsel, unexpected family issues affecting one of Defendants/Cross-Complainants' counsel, and the need to associate in an additional law firm as Defendants/Cross-Complainants' counsel (ECF No. 108);

    WHEREAS, after engaging in negotiations over a period of several months, the Parties eventually reached agreement on the contents of a Stipulated Protective Order Regarding Non-Disclosure of Discovery, which was entered by the Court on November 26, 2018 (ECF No. 111);

    WHEREAS, at or around the same time, on November 29, 2018, the Court entered a Third Amendment to the Scheduling Order pursuant to the joint stipulation of the Parties (ECF No. 115);

    WHEREAS, between December 2018 and March 2019, the fourteen (14) parties to the action have been actively meeting and conferring regarding their respective responses to the numerous sets of written discovery each has served in the instant matter, have served numerous

///

sets of supplemental discovery responses upon each other, and have served numerous supplemental document productions upon each other;

WHEREAS, the Parties are still meeting and conferring about their respective responses to certain discovery requests, are in the process of preparing supplemental responses to certain discovery requests, and are in the process of serving supplemental document productions in response to certain discovery requests;

WHEREAS, also between December 2018 and March 2019, the Parties have taken numerous depositions, including numerous out of state depositions;

WHEREAS on March 18, 2019, the Court entered a First Amendment to Stipulated Protective Order Regarding Non-Disclosure of Discovery pursuant to the joint stipulation of the Parties (ECF No. 117);

WHEREAS, as the result of such discovery and depositions, the Parties have identified approximately twelve (12) first and third-party depositions that need to be commenced, as well as approximately seven (7) first and third party depositions that need to be completed, including depositions of out-of-state witnesses in Texas and Florida;

WHEREAS, in addition to completing such discovery, the Parties desire time to consider and/or engage in alternative dispute resolution efforts;

WHEREAS, this Joint Stipulation is not entered into with the intent to delay;

WHEREAS, by continuing the discovery and other deadlines set forth herein, there is no prejudice to any party;

WHEREAS, good cause exists for granting the Parties' request to extend the following deadlines in accordance with Federal Rule of Civil Procedure 29;

NOW THEREFORE, the Parties respectfully request that the Court modify its Third Amendment to the Scheduling Order, ECF No. 115, and continue the following deadlines one last time:

///

///

///

| Event | Existing Deadline | Requested Deadline |
|---|---|---|
| Deadline to complete all non-expert discovery | May 13, 2019 | August 30, 2019 |
| Deadline to disclose expert witnesses | July 18, 2019 | November 4, 2019 |
| Deadline to complete all expert discovery | August 16, 2019 | December 16, 2019 |
| Deadline to hear dispositive motions | October 30, 2019 | February 28, 2020 |

**IT IS SO STIPULATED.**

Date: April 8, 2019                FISHER & PHILLIPS LLP


By: /s/ Alden J. Parker
    Alden J. Parker
    William R.H. Mosher
    Natalie B. Fujikawa

Attorneys for Plaintiff and Cross-Defendants
PEO Experts CA, Inc., dba Bixby Zane Insurance Services; Bixby Zane, Inc.; Jason Crawford; Brad Worley; Workforce Business Services, Inc., Workforce Business Services CA, LLC; and Robert Kelly

Date: April 8, 2019                STONE & GRAVES, LLP


By: /s/ Eric Graves
    Eric Graves

Attorneys for Defendants and Cross-Complainants Michael C. Engstrom, Christopher I. Longo, Jennifer Engstrom, Michael Engstrom, Inc., B&C LOC, Inc., and PEO Advisors of CA, Inc.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Date: April 8, 2019 | PARKER LAW GROUP |
| 2 | | |
| 3 | | By: /s/ Myles G. Taylor |
| | |     Port J. Parker |
| 4 | |     Myles G. Taylor |
| 5 | | Attorneys for Defendants and Cross-Complainants Michael C. Engstrom, Christopher I. Longo, Jennifer Engstrom, Michael Engstrom, Inc., B&C LOC, Inc., and PEO Advisors of CA, Inc. |
| 7 | Date: April 8, 2019 | SMITH, MCDOWELL & POWELL, A Law Corp. |
| 8 | | |
| 9 | | By: /s/ Jason Smith |
| 10 | |     C. Jason Smith |
| 11 | | Attorneys for Defendants and Cross-Complainants Ryan Wakefield and Freedom Risk Insurance Services |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 12, 2019.

_____
UNITED STATES DISTRICT JUDGE