| | |
|---|---|
| 1 | Alden J. Parker, State Bar No. 196808 |
| | Email: aparker@fisherphillips.com |
| 2 | William R.H. Mosher, State Bar No. 228253 |
| | Email: wmosher@fisherphillips.com |
| 3 | Natalie B. Fujikawa, State Bar No. 28412 |
| | Email: nfujikawa@fisherphillips.com |
| 4 | FISHER & PHILLIPS LLP |
| | 621 Capitol Mall, Suite 1400 |
| 5 | Sacramento, CA 95814 |
| | Telephone: (916) 210-0400 |
| 6 | Facsimile: (916) 210-0401 |

Attorneys for Plaintiff and Cross-Defendants
PEO Experts CA, Inc., dba Bixby Zane Insurance Services; Bixby Zane, Inc.; Jason Crawford; Brad Worley; Workforce Business Services, Inc., Workforce Business Services CA, LLC; and Robert Kelly

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEO EXPERTS CA, INC., dba BIXBY ZANE INSURANCE SERVICES, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL CRAIG ENGSTROM, an individual; CHRISTOPHER IGNAZIO LONGO, an individual; RYAN WAKEFIELD, an individual; JENNIFER ENGSTROM, an individual; MICHAEL ENGSTROM, INC., a California corporation; B&C LOC, INC., a California corporation; PEO ADVISORS OF CA, INC., a California corporation; and FREEDOM RISK INSURANCE SERVICES, a business entity form unknown, <br><br> Defendants. <br><br> AND ALL CROSS-RELATED ACTIONS | Case No. 2:17-CV-00318-KJM-CKD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF/CROSS-DEFENDANTS' MOTION TO COMPEL JOHN MARSHALL'S COMPLIANCE WITH DEPOSITION SUBPOENA AND REQUESTS FOR PRODUCTION** <br><br><br> Date: August 28, 2019 <br> Time: 10:00 a.m. <br> Ctrm.: 24 <br><br> Complaint Filed: February 14, 2017 <br> Trial Date: None Set |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, between Plaintiff/Cross-Defendant PEO Experts CA, Inc., dba Bixby Zane Insurance Services ("Plaintiff"); Defendants/Cross-Complainants Michael Craig Engstrom; Christopher Ignazio Longo; Ryan Wakefield; Jennifer Engstrom; Michael Engstrom, Inc.; B&C LOC, Inc.; PEO Advisors of CA, Inc.; and Freedom Risk Insurance Services, and third party John Marshall, by and through their counsel of record, to continue Plaintiff's Motion to Compel John Marshall's Compliance with Deposition Subpoena and Requests for Production. |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff/Cross-Defendant PEO Experts CA, Inc., dba Bixby Zane Insurance Services ("Plaintiff"); Defendants/Cross-Complainants Michael Craig Engstrom; Christopher Ignazio Longo; Ryan Wakefield; Jennifer Engstrom; Michael Engstrom, Inc.; B&C LOC, Inc.; PEO Advisors of CA, Inc.; and Freedom Risk Insurance Services, and third party John Marshall, by and through their counsel of record, to continue Plaintiff's Motion to Compel John Marshall's Compliance with Deposition Subpoena and Requests for Production.

WHEREAS, on August 7, 2019, Plaintiff filed a Notice of Motion and Motion to Compel John Marshall's Compliance with Subpoena for Deposition and Production of Documents (ECF No. 124);

WHEREAS, on August 19, 2019, Plaintiff's counsel was informed by counsel for John Marshall, Suzanne M. Alves, that Ms. Alves is unavailable to comply with the Court's joint statement deadline and appear for the hearing currently scheduled for August 28, 2019, due to a family emergency that will impact her schedule over the next week;

WHEREAS, the parties have agreed to continue the hearing on this matter by two weeks, from August 28, to September 11, 2019; and

WHEREAS, good cause exists for granting this request to continue the hearing past the current discovery deadline of August 30, 2019, because the parties have met and conferred in good faith to resolve the issues raised with regard to Mr. Marshall's subpoenaed deposition and requests for production of documents, and but for Ms. Alves' family emergency, the parties and Mr. Marshall would have been prepared for the hearing as currently scheduled.

///
///
///
///
///
///
///

1 | NOW THEREFORE, the Parties respectfully request that the Court continue the hearing for Plaintiff's Motion and Motion to Compel John Marshall's Compliance with Subpoena for Deposition and Production of Documents to September 11, 2019.

**IT IS SO STIPULATED.**

Dated: August 21, 2019       FISHER & PHILLIPS LLP

By: */s/ Natalie B. Fujikawa*
Alden J. Parker
William R.H. Mosher
Natalie B. Fujikawa

Attorneys for Plaintiff and Cross-Defendants PEO Experts CA, Inc., dba Bixby Zane Insurance Services; Bixby Zane, Inc.; Jason Crawford; Brad Worley; Workforce Business Services, Inc., Workforce Business Services CA, LLC; and Robert Kelly

Date: August 21, 2019        PARKER LAW GROUP

By: */s/ Myles G. Taylor*
Port J. Parker
Myles G. Taylor

Attorneys for Defendants and Cross-Complainants Michael C. Engstrom, Christopher I. Longo, Jennifer Engstrom, Michael Engstrom, Inc., B&C LOC, Inc., and PEO Advisors of CA, Inc.

Date: August 21, 2019        SMITH, MCDOWELL & POWELL, A Law Corp.

By: */s/ C. Jason Smith*
C. Jason Smith

Attorneys for Defendants and Cross-Complainants Ryan Wakefield and Freedom Risk Insurance Services

Dated: August 21, 2019       ALVES RADCLIFFE LLP

By: */s/ Suzanne M. Alves*
Suzanne M. Alves

Attorneys for John Marshall

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 peo318.stipulation

2