# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEO EXPERTS CA, INC., dba BIXBY ZANE INSURANCE SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CRAIG ENGSTROM, et al.,<br><br>Defendants. | No. 2:17-cv-00318-KJM-CKD<br><br><br>ORDER |
| AND ALL CROSS-RELATED ACTIONS | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:

This action, including all complaints and cross-complaints, is dismissed with prejudice, as to the above-captioned action in its entirety, with each party to bear its own attorneys' fees, costs and expenses.

The court in its discretion declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994); *cf. Collins v. Thompson*, 8 F.3d 657, 659 (9th Cir. 1993). Unless there is some independent basis for federal jurisdiction, enforcement of the agreement is for state courts. *Kokkonen*, 511 U.S. at 382.

DATED: February 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE