Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
William R.H. Mosher, State Bar No. 228253
Email: wmosher@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Plaintiff and Cross-Defendants
PEO Experts CA, Inc., dba Bixby Zane Insurance Services; Bixby Zane, Inc.; Jason Crawford; Brad Worley; Workforce Business Services, Inc., Workforce Business Services CA, LLC; and Robert Kelly

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEO EXPERTS CA, INC., dba BIXBY ZANE INSURANCE SERVICES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CRAIG ENGSTROM, an individual; CHRISTOPHER IGNAZIO LONGO, an individual; RYAN WAKEFIELD, an individual; JENNIFER ENGSTROM, an individual; MICHAEL ENGSTROM, INC., a California corporation; B&C LOC, INC., a California corporation; PEO ADVISORS OF CA, INC., a California corporation; and FREEDOM RISK INSURANCE SERVICES, a business entity form unknown,<br><br>Defendants.<br><br>AND ALL CROSS-RELATED ACTIONS | Case No. 2:17-CV-00318-KJM-CKD<br><br>**ORDER TO DISBURSE FUNDS**<br><br><br><br><br><br><br><br><br><br>Complaint Filed: February 14, 2017<br>Case Dismissed: February 4, 2020 |

**ORDER TO DISBURSE FUNDS**

**GOOD CAUSE APPEARING**, the Court hereby orders the $5,000.00 security payment posted by Plaintiff in this action, plus any accrued interest, shall be discharged, exonerated, and disbursed to Fisher & Phillips LLP, 621 Capitol Mall, Suite 1400, Sacramento, CA 95814.

**IT IS SO ORDERED.**

DATED: July 28, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE